## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NANOSTRING TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 21-653-MN<br><br>**JURY TRIAL DEMANDED** |

### NANOSTSRING TECHNOLOGIES INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant NanoString Technologies, Inc. hereby moves to dismiss Plaintiffs' contributory infringement claims, inducement claims, and willful infringement allegations and request for enhanced damages. The basis for the relief sought by this Motion is set forth in the opening brief filed contemporaneously herewith.

| | |
|---|---|
| Dated: July 1, 2021 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>(302) 777-0301 (Fax)<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Edward R. Reines (admitted *pro hac vice*)<br>Derek C. Walter (admitted *pro hac vice*)<br>Kaitlin Paulson (admitted *pro hac vice*)<br>Concord Cheung (admitted *pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>(650) 802-3000<br><br>*Attorneys for Defendant NanoString Technologies, Inc.* |