IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NANOSTRING TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 21-cv-653-MFK |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Delaware Local Rule 83.7, the appearance of Yiqun Zhang of Weil, Gotshal & Manges LLP as counsel for Defendant NanoString Technologies, Inc. is hereby withdrawn. Weil, Gotshal & Manges LLP and Farnan LLP will continue to represent Defendant NanoString Technologies, Inc.

Dated: March 21, 2023

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
*Attorneys for Defendant NanoString Technologies, Inc.*