**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., | |
| Plaintiffs, | C.A. No. 21-cv-653-MFK |
| v. | |
| NANOSTRING TECHNOLOGIES, INC., | |
| Defendant. | |

### NANOSTRING TECHNOLOGIES, INC.'S  MOTION FOR SUMMARY JUDGMENT OF INVALIDITY FOR LACK OF WRITTEN DESCRIPTION AND INDEFINITENESS

Pursuant to Federal Rule of Civil Procedure 56 and this Court's orders, Defendant NanoString Technologies, Inc. hereby moves the Court for an order granting Summary Judgment that U.S. Patent Nos. 11,293,917; 10,472,669; 10,961,566; 10,983,113; 10,996,219; 11,001,878; 11,008,607; and 10,662,467 are invalid  for lack of written description and that U.S. Patent No. 11,293, 917 is invalid for indefiniteness under 35 U.S.C. § 112 as explained in the accompanying opening brief in support of this Motion and the accompanying statement of undisputed material facts in support of this Motion.

1

Dated: July 21, 2023

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com
derek.walter@weil.com

Christopher Pepe (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
christopher.pepe@weil.com

Yi Zhang (admitted *pro hac vice*)
Natalie Kennedy (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
yi.zhang@weil.com
natalie.kennedy@weil.com

*Attorneys for Defendant Nanostring*
*Technologies, Inc.*

2