**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NANOSTRING TECHNOLOGIES, INC.,<br><br>Defendant. | C.A. No. 21-cv-653-MFK |

**[PROPOSED] VERDICT FORM**

**INSTRUCTIONS:**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout this Verdict Form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "10x" refers to Plaintiff 10X Genomics Inc.
2. "Prognosys" refers to Plaintiff Prognosys Biosciences Inc.
3. "NanoString" refers to Defendant NanoString Technologies Inc.
4. The "669 Patent" refers to U.S. Patent No. 10,472,669.
5. The "566 Patent" refers to U.S. Patent No. 10,961,566.
6. The "113 Patent" refers to U.S. Patent No. 10,983,113.
7. The "219 Patent" refers to U.S. Patent No. 10,996,219.
8. The "878 Patent" refers to U.S. Patent No. 11,001,878.
9. The "607 Patent" refers to U.S. Patent No. 11,008,607.
10. The "917 Patent" refers to U.S. Patent No. 11,293,917.
11. The "Asserted Patents" refers collectively to the 669 Patent, 566 Patent, 113 Patent, 219 Patent, 878 Patent, 607 Patent, and 917 Patent.
12. The "467 Patent" refers to U.S. Patent No. 10,662,467.

**Please proceed to the next page.**

3

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

**Please proceed to Jury Question 1.**

## QUESTION 1: <u>DIRECT INFRINGEMENT OF THE ASSERTED PATENTS</u>

Did 10x and Prognosys prove by a preponderance of the evidence that NanoString directly infringed any claim of the Asserted Patents?

Please check "Yes" or "No" for each claim. "Yes" is in favor of 10x and Prognosys, and "No" is in favor of NanoString.

| Patent | Claim | | |
|---|---|---|---|
| **669 Patent** | Claim 3:  | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 10: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 22: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| **566 Patent** | Claim 6:  | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 17: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 29: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| **113 Patent** | Claim 2:  | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 20: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 22: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| **219 Patent** | Claim 5:  | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 15: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 18: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 21: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| **878 Patent** | Claim 25: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| **607 Patent** | Claim 4:  | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 17: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 28: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| **917 Patent** | Claim 3:  | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 5:  | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |
| | Claim 12: | Yes:____ (for 10x & Prognosys) | No:____ (for NanoString) |

**Please proceed to Jury Question 2.**

## QUESTION 2: <u>INDIRECT INFRINGEMENT OF THE ASSERTED PATENTS</u>

Did 10x and Prognosys prove by a preponderance of the evidence that NanoString indirectly infringed any claim of the Asserted Patents either by actively inducing another person or entity to directly infringe or contributing to another person or entity's direct infringement?

Please check "Yes" or "No" for each claim. "Yes" is in favor of 10x and Prognosys, and "No" is in favor of NanoString.

| Patent | Claim | Yes (for 10x & Prognosys) | No (for NanoString) |
|---|---|---|---|
| **669 Patent** | Claim 3: | Yes:____ | No:____ |
|  | Claim 10: | Yes:____ | No:____ |
|  | Claim 22: | Yes:____ | No:____ |
| **566 Patent** | Claim 6: | Yes:____ | No:____ |
|  | Claim 17: | Yes:____ | No:____ |
|  | Claim 29: | Yes:____ | No:____ |
| **113 Patent** | Claim 2: | Yes:____ | No:____ |
|  | Claim 20: | Yes:____ | No:____ |
|  | Claim 22: | Yes:____ | No:____ |
| **219 Patent** | Claim 5: | Yes:____ | No:____ |
|  | Claim 15: | Yes:____ | No:____ |
|  | Claim 18: | Yes:____ | No:____ |
|  | Claim 21: | Yes:____ | No:____ |
| **878 Patent** | Claim 25: | Yes:____ | No:____ |
| **607 Patent** | Claim 4: | Yes:____ | No:____ |
|  | Claim 17: | Yes:____ | No:____ |
|  | Claim 28: | Yes:____ | No:____ |
| **917 Patent** | Claim 3: | Yes:____ | No:____ |
|  | Claim 5: | Yes:____ | No:____ |
|  | Claim 12: | Yes:____ | No:____ |

**Please Proceed to Jury Question 3**

## QUESTION 3: <u>DIRECT INFRINGEMENT OF THE 467 PATENT</u>

Did 10x and Prognosys prove by a preponderance of the evidence that NanoString directly infringed any claim of the 467 Patent?

Please check "Yes" or "No" for each claim. "Yes" is in favor of 10x and Prognosys, and "No" is in favor of NanoString.

| | |
|---|---|
| **467 Patent** | Claim  1:  Yes:____ (for 10x & Prognosys)     No:____ (for NanoString) <br> Claim  3:  Yes:____ (for 10x & Prognosys)     No:____ (for NanoString) <br> Claim 14:  Yes:____ (for 10x & Prognosys)     No:____ (for NanoString) <br> Claim 18:  Yes:____ (for 10x & Prognosys)     No:____ (for NanoString) <br> Claim 23:  Yes:____ (for 10x & Prognosys)     No:____ (for NanoString) |

**Please proceed to Jury Question 4.**

## QUESTION 4: <u>INDIRECT INFRINGEMENT OF THE 467 PATENT</u>

Did 10x and Prognosys prove by a preponderance of the evidence that NanoString indirectly infringed any claim of the 467 Patent either by actively inducing another person or entity to directly infringe or contributing to another person or entity's direct infringement?

Please check "Yes" or "No" for each claim. "Yes" is in favor of 10x and Prognosys, and "No" is in favor of NanoString.

| | |
|---|---|
| **467 Patent** | Claim  1:  Yes:____ (for 10x & Prognosys)     No:____ (for NanoString) <br> Claim  3:  Yes:____ (for 10x & Prognosys)     No:____ (for NanoString) <br> Claim 14:  Yes:____ (for 10x & Prognosys)     No:____ (for NanoString) <br> Claim 18:  Yes:____ (for 10x & Prognosys)     No:____ (for NanoString) <br> Claim 23:  Yes:____ (for 10x & Prognosys)     No:____ (for NanoString) |

**Please proceed to Jury Question 5.**

## QUESTION 5: INVALIDITY – <u>LACK OF WRITTEN DESCRIPTION</u>

Did NanoString prove by clear and convincing evidence that any claim of the Asserted Patents or the 467 Patent is invalid for lack of written description?

Please check "Yes" or "No" for each claim. "Yes" is in favor of NanoString, and "No" is in favor of 10x and Prognosys.

| | | | |
|---|---|---|---|
| **669 Patent** | Claim 3: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 10: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 22: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **566 Patent** | Claim 6: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 17: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 29: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **113 Patent** | Claim 2: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 20: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 22: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **219 Patent** | Claim 5: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 15: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 18: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 21: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **878 Patent** | Claim 25: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **607 Patent** | Claim 4: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 17: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 28: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **917 Patent** | Claim 3: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 5: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 12: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **467 Patent** | Claim 1: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 3: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 14: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 18: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 23: Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |

**Please proceed to Jury Question 6.**

## QUESTION 6: INVALIDITY – <u>LACK OF ENABLEMENT</u>

Did NanoString prove by clear and convincing evidence that any claim of the Asserted Patents or the 467 Patent is invalid for lack of enablement?

Please check "Yes" or "No" for each claim. "Yes" is in favor of NanoString, and "No" is in favor of 10x and Prognosys.

| Patent | Claim | | |
|---|---|---|---|
| **669 Patent** | Claim 3: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 10: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 22: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **566 Patent** | Claim 6: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 17: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 29: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **113 Patent** | Claim 2: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 20: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 22: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **219 Patent** | Claim 5: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 15: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 18: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 21: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **878 Patent** | Claim 25: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **607 Patent** | Claim 4: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 17: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 28: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **917 Patent** | Claim 3: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 5: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 12: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **467 Patent** | Claim 1: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 3: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 14: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 18: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 23: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |

**Please Proceed to Jury Question 7**

## QUESTION 7: INVALIDITY – <u>FAILURE TO CLAIM WHAT APPLICANT REGARDED AS THE INVENTION</u>

Did NanoString prove by clear and convincing evidence that any claim of the Asserted Patents or 467 Patent is invalid because the Applicant failed to claim what he regarded as the invention?

Please check "Yes" or "No" for each claim. "Yes" is in favor of NanoString, and "No" is in favor of 10x and Prognosys.

| Patent | Claim | | |
|---|---|---|---|
| **669 Patent** | Claim 3: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 10: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 22: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **566 Patent** | Claim 6: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 17: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 29: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **113 Patent** | Claim 2: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 20: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 22: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **219 Patent** | Claim 5: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 15: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 18: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 21: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **878 Patent** | Claim 25: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **607 Patent** | Claim 4: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 17: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 28: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **917 Patent** | Claim 3: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 5: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 12: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| **467 Patent** | Claim 1: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 3: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 14: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 18: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |
| | Claim 23: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) |

**Please Proceed to Jury Question 8**

## QUESTION 8: INVALIDITY – <u>OBVIOUSNESS</u>

Did NanoString prove by clear and convincing evidence that any claim of the Asserted Patents or the 467 Patent is invalid for obviousness?

Please check "Yes" or "No" for each claim. "Yes" is in favor of NanoString, and "No" is in favor of 10x and Prognosys.

| Patent | Claim | | | |
|---|---|---|---|---|
| **669 Patent** | Claim 3: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 10: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 22: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **566 Patent** | Claim 6: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 17: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 29: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **113 Patent** | Claim 2: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 20: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 22: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **219 Patent** | Claim 5: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 15: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 18: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 21: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **878 Patent** | Claim 25: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **607 Patent** | Claim 4: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 17: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 28: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **917 Patent** | Claim 3: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 5: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 12: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| **467 Patent** | Claim 1: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 3: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 14: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 18: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |
| | Claim 23: | Yes:____ (for NanoString) | No:____ (for 10x & Prognosys) | |

If you checked "Yes" for any claims in Question 1 or Question 2 and checked "No" for those claims in Questions 5, 6, 7, and 8, please proceed to Question 9. In other words, please proceed to Question 9 only if you found that NanoString infringed at least one claim in Question 1 or Question 2 that you found is not invalid.

Otherwise, skip and DO NOT answer Question 9, and instead please proceed directly to the Final Page of the Jury Verdict and sign and date that page.

## QUESTION 9: <u>WILLFULNESS</u>

Did 10x and Prognosys prove by a preponderance of evidence that NanoString has willfully infringed any claim of the Asserted Patents after the filing of the Complaint?

"Yes" is a finding for 10x and Prognosys.

"No" is a finding for NanoString

Yes: _____        No: _____

**Please proceed to Jury Question 10.**

## QUESTION 10: DAMAGES – <u>LOST PROFITS</u>

**Has 10x proven by a preponderance of the evidence that it is entitled to lost profits?**

"Yes" is a finding for 10x.

"No" is a finding for NanoString.

Yes: _____          No: _____

**If yes, what is the total amount of lost profits that 10x has shown it is entitled to by a preponderance of the evidence?**

Amount: $_____

**Please proceed to Jury Question 11.**

## QUESTION 11: DAMAGES – <u>REASONABLE ROYALTY</u>

**Have 10x and Prognosys shown by a preponderance of the evidence that they are entitled to a reasonable royalty?**

    "Yes" is a finding for 10x and Prognosys.

    "No" is a finding for NanoString.

    Yes: _____        No: _____

**If yes, what is the total amount of reasonable royalty that 10x and Prognosys have shown they are entitled to by a preponderance of the evidence?**

    Amount: $_____

**Please proceed to the Final Page of the Verdict Form and sign and date that page.**

## **Final Page of the Jury Verdict**

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.

The foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

**Signature**                                                                     **Date**