**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

10X GENOMICS, INC. and PROGNOSYS
BIOSCIENCES, INC.,

        Plaintiffs,

        v.

NANOSTRING TECHNOLOGIES, INC.,

        Defendant.

C.A. No. 21-cv-653-MFK

**ORDER GRANTING PLAINTIFFS 10X GENOMICS, INC. &  PROGNOSYS
BIOSCIENCES, INC.'S UNOPPOSED MOTION FOR EXEMPTION OF PERSONS
FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023
<u>STANDING ORDER ON PERSONAL DEVICES</u>**

The Court having considered Plaintiffs 10x Genomics, Inc. and Prognosys Biosciences,

Inc.'s Motion for Exemption of Persons From the District of Delaware's May 15, 2023 Standing

Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this 27th day of October, 2023 that:

1.     The Motion is GRANTED;

2.     For purposes of trial in the above-captioned case, the following persons are exempt

from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and

use their personal electronic devices:

- Tara Dillon, Paralegal for Plaintiffs

- Jose Hood, Paralegal for Plaintiffs

- Megan Nelson, Paralegal for Plaintiffs

- Jessica Rauh, Paralegal for Plaintiffs

- Juan Rivera, Paralegal for Plaintiffs

- Michael Schnall-Levin, Corporate Representative for Plaintiffs

- Bill Weir, Trial Tech from Impact Graphics

- Eric Whitaker, General Counsel for Plaintiffs

3.      Such persons listed in Paragraph 2 above shall present this Order, along with a valid

photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Build-

ing and United States Courthouse.


_____

The Honorable Matthew F. Kennelly
United States District Judge

2