IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NANOSTRING TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 21-cv-653-MFK <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] VOIR DIRE**

Good morning, ladies and gentlemen. I am Judge Kennelly. We are going to select a jury in a civil case called *10x Genomics, Inc. and Prognosys Biosciences, Inc. v. NanoString Technologies, Inc.*

This is a patent infringement lawsuit. Plaintiffs are 10x Genomics, Inc. and Prognosys Biosciences, Inc. Prognosys owns patents generally relating to detecting certain biological targets, such as RNAs and proteins, and their locations, in biological samples such as tissue. 10x Genomics is a biotechnology company that develops and commercializes products for scientific and medical researchers to study biological systems and is the exclusive licensee to Prognosys's patents. The defendant is NanoString Technologies, Inc., which is another biotechnology company that manufactures and sells platforms for biological analysis. Prognosys and 10x say that NanoString infringes their patents. NanoString denies infringement and also says that the patents are invalid. The jury in this case will be asked to decide whether NanoString infringes the patents and whether the patents are valid. For those of you who end up being on the jury, I will give more detailed instructions on the law later in the case.

I am going to ask you a series of questions[1] to help the Court and the attorneys in the jury selection process. Before I ask any questions, I am going to ask the Deputy Clerk to swear the jury panel to answer any questions truthfully. (To Deputy: Please swear the panel).

If any of you answer "yes" to any of the questions that I ask, please raise your hand, and, when recognized by me, please stand and then state your juror number. At the end of the questions, the lawyers and I may ask some follow-up questions to those of you who answered "yes" to one or more questions.

---

[1] All questions are jointly proposed by Plaintiffs and Defendant except those marked [Plaintiffs' Proposal] or [Defendant's proposal].

The presentation of evidence in this case is expected to take 5 days, which will be today through Friday of this week, but jury deliberations could extend your service into Monday of next week. The schedule that I expect to keep over the days of evidence presentation will include a morning break of fifteen minutes, a lunch break of an hour, and an afternoon break of fifteen minutes. We will start at 9 a.m. and finish no later than 5 p.m. each day.

1. Does the schedule that I have just mentioned present a special problem to any of you?

2. Have any of you heard or read anything about this case, including from another person, the news media, or social media?

3. Have any of you heard or read anything about any other cases involving Prognosys, 10x Genomics, or NanoString, including from another person, the news media, or social media?

4. Have you heard of Prognosys Biosciences before today?

5. Have you heard of 10x Genomics before today?   **COMBINE THESE 3**

6. Have you heard to NanoString Technologies before today?

7. Have you or your immediate families had any sort of business relationship, owned stock, worked for, or had any financial interest in Prognosys, 10x Genomics, or NanoString?

8. Have you heard of or had any experience with the following products: Visium, GeoMx, nCounter? [**Plaintiffs' Proposal**: also add "or any gene sequencing products and services"]

9. Have any of you or your immediate families ever had any experience, good or bad, with Prognosys, 10x Genomics, or NanoString or their products, including any I just noted, that might keep you from being a fair and impartial juror in this case?

10. Do you possess any opinions about any of these companies that might keep you from being a fair and impartial juror in this case?

11. **[Plaintiffs' Proposal]** Do you or any immediate family members have any experience in biological or medical research relating to genes, DNAs, RNAs, mRNAs, or proteins?

12. **[Plaintiffs' Proposal]** Have you had any education or training (formal or informal) related to molecular biology, genetics, bioengineering, biochemistry, law, or accounting?

13. ~~**[Plaintiffs' Proposal]** Do you have any thoughts or opinions about biological or medical research and discovery relating to genes, DNAs, RNAs, mRNAs, or proteins that might make it difficult for you to be a fair and impartial juror in this case?~~

14. ~~**[Plaintiffs' Proposal]** Have you or any immediate family members ever worked in a biotechnology company or a biological or medical research institution?~~

15. I am going to ask counsel to introduce themselves and their law firms. First, Prognosys and 10x Genomics: (counsel introduces) Richards, Layton & Finger: Frederick L. Cottrell, III, Jason Rawnsley, Alexandra Ewing; and Tensegrity Law Group, Matthew Powers, Paul Ehrlich, Stefani Smith, Robert Gerrity, Ronald Pabis, Kiley White, Li Shen, and Joanna Schacter.

Second, NanoString (counsel introduces): Farnan LLP: Brian Farnan, Michael Farnan; Weil, Gotshal & Manges: Edward Reines, Derek Walter, Christopher Pepe, Amanda Branch, Karnik Hajjar, Natalie Kennedy, and Yi Zhang.

Do you know any of the attorneys or law firms that the lawyers have just named?

16. Have you or your immediate family members had any business dealings with, or been employed by, any of these attorneys or law firms?

17. The potential witnesses in this case[2] are, in alphabetical order: John Altin, Florian Baumgartner, Joe Beechem, Zach Bent, Anna Berdine, Annika Branting, Mark Chee, Julie Davis, Jeremy Edwards, Stacey Gabriel, Gary Geiss, Brad Gray, Mira Grigorova, Margaret Hoang, Jaemyeong Jung, Michael Lasinski, Chris Merritt, John Quackenbush, Nikhil Rao, Rahul Satija, Michael Schnall-Levin, and Randy Wu.

Are you familiar with any of these potential witnesses?

18. Have you or any member of your immediate family ever been employed by the United States Patent and Trademark Office?

19. Have you or any member of your immediate family ever been involved in a dispute about patent rights?

20. Have you or someone close to you ever applied for or obtained a United States or foreign patent?

21. Do you have any opinions about patents, patent rights, or the United States Patent and Trademark Office that might make it difficult for you to be a fair and impartial juror in this case?

22. ~~**[Plaintiffs' Proposal]** Do you consider yourself an inventor or know or work with any inventors?~~

23. Have you served on a jury in a civil case within the last fifteen years?

24. If you are selected to sit as a juror in this case, are you aware of any reason why you would be unable to render a verdict based solely on the evidence presented at trial?

---

[2] Counsel should be prepared the morning of trial to tell the Court which ones of these no longer need to be named.

25. If you are selected to sit as a juror in this case, are you aware of any reason why you would not be able to follow the law as I give it to you?

26. Is there anything, such as poor vision, difficulty hearing, or difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

27. This is the last question. Is there anything else, including something you have remembered in connection with one of the earlier questions, that you think you would like to tell me in connection with your service as a juror in this case?