IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and<br>PROGNOSYS BIOSCIENCES, INC.,<br><br>                Plaintiffs,<br><br>   v.<br><br>NANOSTRING TECHNOLOGIES, INC.,<br><br>                Defendant. | C.A. No. 21-cv-653-MFK<br><br>**JURY TRIAL DEMANDED** |

## ADMITTED TRIAL EXHIBITS (EDWARDS AND LASINSKI)

Edwards Direct Admitted Trial Exhibits (11/15/23):

DTX4063
DTX4566
DTX4819
JTX0001
JTX0007
PTX0032
PTX0099


Lasinski Direct Admitted Trial Exhibits (11/16/23):

DTX4074
DTX4146
DTX4343
DTX4398
DTX4558
DTX4879
JTX0025
PTX0673

Dated: November 16, 2023

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
Concord Cheung (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Christopher Pepe (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600,
Washington, DC 20036
(202) 682-7000

*Attorneys for Defendant*