# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NANOSTRING TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 21-cv-653-MFK |

## PLAINTIFFS 10X GENOMICS, INC. AND PROGNOSYS BIOSCIENCES, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(a)

Plaintiffs 10x Genomics, Inc. and Prognosys Biosciences, Inc. ("Plaintiffs") move for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) that:

(1) Defendant NanoString Technologies, Inc. ("NanoString") directly infringed and contributed to infringement of U.S. Patent Nos. 10,472,669; 10,961,566; 10,983,113; 10,996,219; 11,001,878; and 11,008,607 and

(2) U.S. Patent Nos. 10,472,669; 10,961,566; 10,983,113; 10,996,219; 11,001,878; 11,008,607; and 11,293,917 are not invalid.

Support for this Motion may be found in Plaintiffs' brief filed simultaneously herewith and for the reasons stated on the record during trial.

| | |
|---|---|
| *Of Counsel:* | RICHARDS, LAYTON & FINGER, P.A. |
| TENSEGRITY LAW GROUP LLP | */s/ Jason J. Rawnsley* |
| Matthew Powers | Frederick L. Cottrell, III (#2555) |
| Paul Ehrlich | Jason J. Rawnsley (#5379) |
| Stefani Smith | Alexandra M. Ewing (#6407) |
| Robert Gerrity | Richards, Layton & Finger, P.A. |
| Li Shen | 920 North King Street |
| 555 Twin Dolphin Drive | Wilmington, DE 19801 |
| Suite 650 | (302) 651-7700 |
| Redwood Shores, CA 94065 | cottrell@rlf.com |
| Tel: (650) 802-6000 | rawnsley@rlf.com |
| | ewing@rlf.com |
| Samantha Jameson | |
| Ronald J. Pabis | *Attorneys for Plaintiffs* |
| Kiley White | |
| Joanna R. Schacter | |
| 8260 Greensboro Dr. | |
| Suite 260 | |
| McLean, VA 22102-3848 | |
| Tel: (650) 802-6000 | |

10x_NSTG_Service@tensegritylawgroup.com

Dated: November 17, 2023