# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NANOSTRING TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 21-cv-653-MFK |

## [PROPOSED] ORDER GRANTING PLAINTIFFS 10X GENOMICS, INC. AND PROGNOSYS BIOSCIENCES, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(a)

The Court having considered Plaintiffs 10x Genomics, Inc. and Prognosys Biosciences, Inc.'s Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(a) (the "Motion"), and any opposition thereto,

IT IS HEREBY ORDERED THAT:

(1) The Motion is GRANTED;

(2) Defendant NanoString Technologies, Inc. directly infringed and contributed to infringement of U.S. Patent Nos. 10,472,669; 10,961,566; 10,983,113; 10,996,219; 11,001,878; and 11,008,607;

(3) U.S. Patent Nos. 10,472,669; 10,961,566; 10,983,113; 10,996,219; 11,001,878; 11,008,607; and 11,293,917 are not invalid as a matter of law.

IT IS SO ORDERED this _____ day of November, 2023.

 _____
 The Honorable Matthew F. Kennelly
 United States District Judge