IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NANOSTRING TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 21-cv-653-MFK |

**NANOSTRING TECHNOLOGIES, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON INVALIDITY**

Pursuant to Rule 50(a), Defendant NanoString Technologies, Inc. ("NanoString") respectfully moves for judgement as a matter of law on that U.S. Patents 10,472,669 (the "'669 Patent"), 10,961,566 (the "'566 Patent"), 10,983,113 (the "'113 Patent"), 10,996,219 (the "'219 Patent"), 11,001,878 (the "'878 Patent"), 11,008,607 (the "'607 Patent"), 11,293,917 ("the '917 Patent") are invalidity for lack of written description as required by 35 U.S.C. § 112.  The grounds for this motion are set forth in NanoString's brief.

1

Dated: November 17, 2023

Respectfully submitted,

FARNAN LLP

OF COUNSEL

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
Karnik F. Hajjar (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com
derek.walter@weil.com
karnik.hajjar@weil.com

Christopher Pepe (admitted *pro hac vice*)
Amanda Branch (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Phone: (202) 682-7000
Fax: (202) 857-0940
christopher.pepe@weil.com
Amanda.branch@weil.com

Yi Zhang (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8000
Fax: (212) 310-8007
yi.zhang@weil.com