#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NANOSTRING TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 21-cv-653-MFK |

### NON-FINAL JUDGMENT FOLLOWING JURY VERDICT

WHEREAS, the Court having held a jury trial from November 13, 2023, through November 17, 2023, and the jury having rendered a verdict,

IT IS HEREBY ORDERED as follows:

1. Judgment is entered for the plaintiffs, 10x Genomics, Inc. and Prognosys Biosciences, Inc. (together, "Plaintiffs"), and against the defendant, NanoString Technologies, Inc. ("Defendant"), on Plaintiffs' claims for direct and indirect willful infringement of U.S. Patent No. 10,472,669; U.S. Patent No. 10,961,566; U.S. Patent No. 10,983,113; U.S. Patent No. 10,996,219; U.S. Patent No. 11,001,878; U.S. Patent No. 11,008,607, and U.S. Patent No. 11,293,917 in the amount of $25,611,347.20 in lost profits and $6,061,306.62 in reasonable royalties; and

2. Judgment is entered for Plaintiffs and against Defendant on Defendant's counterclaims for non-infringement and invalidity of U.S. Patent No. 10,472,669; U.S. Patent No. 10,961,566; U.S. Patent No. 10,983,113; U.S. Patent No. 10,996,219; U.S. Patent No. 11,001,878; U.S. Patent No. 11,008,607, and U.S. Patent No. 11,293,917.

Date: Nov. 22, 2023

_____
THE HONORABLE MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

2