IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NANOSTRING TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 21-cv-653-MFK |

**JOINT STATUS REPORT**

As directed by the Court's Oral Order (D.I. 313) on November 22, 2023, Plaintiffs 10x Genomics, Inc. and Prognosys Biosciences, Inc. and Defendant NanoString Technologies, Inc. submit this Joint Status Report.

**A.  November 17, 2023 Motions for JMOL**

On November 17, the parties filed motions for judgment as a matter of law and supporting briefs. *See* D.I. 301, 302, 303, 304, 305, and 306. The Court stated the motions were taken under advisement. Tr. Trans. at 1029-1030. The Court then confirmed the deadline for post-trial motions, including Rule 50 or 59 motions, is December 20. D.I. 313. The parties therefore understand that responsive briefing is not expected on the November 17 motions. The parties respectfully request clarification if the Court does expect responses to those motions, which would be due this Friday, December 1.

**B.  November 22, 2023 Non-Final Judgment**

On November 22, 2023, the parties submitted a proposed Non-Final Judgment Following Jury Verdict (D.I. 311), which the Court entered (D.I 312). At this stage, judgment is not final

1

because post-trial motions[1,2] are not due until December 20, 2023, and so certain issues have not been decided by the Court. *See, e.g.*, *Halo Elecs., Inc. v. Pulse Elecs., Inc.,* 857 F.3d 1347, 1351–52 (Fed. Cir. 2017) ("[T]here is no final decision because the district court has not 'determine[d], or specif[ied] the means for determining the amount' of prejudgment interest."). The parties expect that final judgment on the tried claims may follow immediately from the Court's resolution of post-trial motions.

### C. Final Trial Transcripts

The parties respectfully request leave to submit proposed errata by December 8, 2023, to Ms. Carolyn Cox to ensure that post-trial briefing is based on the complete record as tried to the jury, including a transcript of the video depositions that were played.

Respectfully Submitted,

| *Of Counsel*: | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| TENSEGRITY LAW GROUP LLP | */s/ Jason J. Rawnsley* |
| Matthew Powers | Frederick L. Cottrell, III (#2555) |
| Paul Ehrlich | Jason J. Rawnsley (#5379) |
| Stefani Smith | Alexandra M. Ewing (#6407) |
| Robert Gerrity | 920 North King Street |
| Li Shen | Wilmington, DE 19801 |
| 555 Twin Dolphin Drive | (302) 651-7700 |
| Suite 650 | cottrell@rlf.com |
| Redwood Shores, CA 94065 | rawnsley@rlf.com |
| Tel: (650) 802-6000 | ewing@rlf.com |
| | |
| Samantha Jameson | *Attorneys for Plaintiffs* |
| Ronald J. Pabis | |
| Kiley White | |
| Joanna Schacter | |

---

[1] E.g., Plaintiffs intend to seek at least supplemental damages, pre-judgment interest, enhanced damages due to willfulness, post-judgment interest, on-going royalties, injunction, and fees and costs.

[2] Absent leave of Court, the parties agree to comply with the briefing limits set forth in the Scheduling Order (D.I. 39, ¶ 22).

2

8260 Greensboro Dr.
Suite 260
McLean, VA 22102-3848
Tel: (650) 802-6000
10x_NSTG_Service@tensegritylawgroup.com

*Of Counsel*:

WEIL, GOTSHAL & MANGES LLP

Edward R. Reines
Derek C. Walter
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Christopher Pepe
Amanda Branch
2001 M Street NW, Suite 600
Washington, DC 20036

Yi Zhang
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Nanostring.10X@weil.com


Dated: November 29, 2023

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant*