IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NANOSTRING TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 21-cv-653-MFK |

**JOINT SUBMISSION REGARDING THE TRIAL TRANSCRIPT**

Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Of Counsel*:

TENSEGRITY LAW GROUP LLP
Matthew Powers
Paul Ehrlich
Stefani Smith
Robert Gerrity
Li Shen
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
Tel: (650) 802-6000

Samantha Jameson
Ronald J. Pabis
Kiley White
8260 Greensboro Dr.

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Of Counsel*:

Edward R. Reines
Derek C. Walter
Karnik F. Hajjar
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com
derek.walter@weil.com
karnik.hajjar@weil.com

Christopher Pepe
Amanda Branch
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036

<div style="display: flex;">

Suite 260  
McLean, VA 22102-3848  
Tel: (650) 802-6000  

10x_NSTG_Service@tensegritylawgroup.com  

*Attorneys for Plaintiffs*

Tel: (202) 682-7000  
christopher.pepe@weil.com  
amanda.branch@weil.com  

Yi Zhang  
Natalie Kennedy  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, NY 10153  
Tel: (212) 310-8000  
yi.zhang@weil.com  
natalie.kennedy@weil.com  

Nanostring.10X@weil.com  

*Attorneys for Defendant*

</div>

**Joint Submission Regarding The Trial Transcript**
*10x Genomics & Prognosys vs. NanoString*, 1:21-cv-653
November 13-17, 2023

## Video Deposition Transcript Inserts

| Volume | Page | Line | Witness / Deposition Insert | Attorney Questioner | Attachment |
|---|---|---|---|---|---|
| 2 | 290 | 9 | Video Deposition Transcript of Dr. Margaret Hoang | Paul Ehrlich | **A** |
| 2 | 290 | 24 | Video Deposition Transcript of Dr. Chris Merritt | Paul Ehrlich | **B** |
| 2 | 402 | 16 | Video Deposition Transcript of Dr. Gary Geiss | Paul Ehrlich | **C** |
| 2 | 407 | 16 | Video Deposition Transcript of Dr. Jaemjeong Jung | Stefani Smith | **D** |
| 2 | 407 | 22 | Video Deposition Transcript of Ms. Anna Berdine | Paul Ehrlich | **E** |
| 3 | 683 | 19 | Video Deposition Transcript of Mr. Florian Baumgartner | Derek Walter | **F** |
| 3 | 684 | 2 | Video Deposition Transcript of Dr. Zachary Bent | Derek Walter | **G** |
| 3 | 834 | 24 | Video Deposition Transcript of Ms. Annika Branting | Yi Zhang | **H** |
| 4 | 876 | 22 | Video Deposition Transcript of Dr. Randy Wu | Edward Reines | **I** |
| 4 | 877 | 7 | Video Deposition Transcript of Dr. Nikhil Rao | Derek Walter | **J** |

## Plaintiffs' Trial Transcript Errata Sheet

| Volume | Page | Line | Correction | Reason |
|---|---|---|---|---|
| 1 | 1 | 14-15 | "MR. LI SHEN" should be "MS. LI SHEN" (same correction on all volume cover pages) | |
| 1 | 1 | 14-15 | Please add "MS. KILEY WHITE" to the list of Tensegrity Law Group attorneys (on all volume cover pages) | |
| 1 | 212 | 7 | "comparative genomes" should be "comparative genomics" | Transcription error |
| 1 | 212 | 8 | "comparative genomes" should be "comparative genomics" | Transcription error |
| 1 | 212 | 20 | "(unintelligible)" should be "2011" | Transcription error |
| 1 | 213 | 18 | "non the" should be "on the" | Transcription error |
| 1 | 213 | 23 | "described to me very" should be "described very" | Transcription error |
| 1 | 214 | 10 | "game of" should be "aim of" | Transcription error |

| Volume | Page | Line | Correction | Reason |
|---|---|---|---|---|
| 1 | 217 | 11 | "early curriculum" should be "early time" | Transcription error |
| 1 | 219 | 8 | "called the microtolitic device" should be "called a microfluidic device" | Transcription error |
| 1 | 221 | 3 | "compacted" should be "impacted" | Transcription error |
| 1 | 225 | 16-17 | "are kind of hardy molecules" should be "are a kind of RNA molecules" | Transcription error |
| 1 | 233 | 2 | "development" should be "genomic" | Transcription error |
| 1 | 239 | 1 | "MR. REINES:" should be "MR. GERRITY:" | Transcription error |
| 1 | 240 | 2 | "this useful" should be "this is useful" | Transcription error |
| 1 | 243 | 4 | "does 10x products" should be "does 10x sell products" | Transcription error |
| 1 | 249 | 23 | "use it for ." should be "use it for protein." | Transcription error |
| 1 | 250 | 15 | "site assist" should be "CytAssist" | Transcription error |
| 1 | 250 | 16 | "site assist" should be "CytAssist" | Transcription error |
| 1 | 252 | 19 | "recognize." should be "recognized." | Transcription error |
| 1 | 255 | 10 | "NC2 analysis" should be "in situ analysis" | Transcription error |
| 1 | 256 | 12 | "over $400,000 million" should be "over $400 million" | Transcription error |
| 1 | 256 | 23 | "whole transcript" should be "whole transcriptome" | Transcription error |
| 1 | 256 | 25 | "all transcriptome" should be "whole transcriptome" | Transcription error |
| 2 | 292 | 17 | "PTX" should be "PDX" | Transcription error |
| 2 | 305 | 12 | "and ^ being as" should be "and being analyzed" | Transcription error |
| 2 | 306 | 9 | "It's not tinier" should be "It's a lot tinier" | Transcription error |
| 2 | 307 | 7 | "RN" should be "RNA" | Transcription error |
| 2 | 307 | 8 | "RN" should be "RNA" | Transcription error |
| 2 | 307 | 10 | "RN" should be "RNA" | Transcription error |
| 2 | 311 | 16 | "it" should be "I" | Transcription error |
| 2 | 213 | 11 | "FPR1" should be "SPR1" "FPR2" should be "SPR2" | Transcription error |
| 2 | 328 | 15 | "it's" should be "is" | Transcription error |
| 2 | 330 | 16 | "and bodies" should be "antibodies" | Transcription error |
| 2 | 335 | 2 | "pulling" should be "pooling" | Transcription error |
| 2 | 335 | 17 | "paring" should be "pairing" | Transcription error |
| 2 | 367 | 7 | "RN" should be "RNA" | Transcription error |
| 2 | 374 | 22 | "^SP in situ^" should be "full scope" | Transcription error |
| 2 | 390 | 24 | "^ a deliver's reasons" should be "a SeqID" | Transcription error |
| 2 | 401 | 23 | "BY MS. SMITH: (Reading:)" should be "BY MS. SMITH: (Reading in as Mr. Ehrlich)" | |

| Volume | Page | Line | Correction | Reason |
|---|---|---|---|---|
| 2 | 465 | 7 | "through the ReadCoor" should be "through the ReadCoor agreement" | Transcription error |
| 3 | 672 | 10 | "B arrays" should be "bead arrays" | Transcription error |
| 3 | 672 | 11 | "B array" should be "bead array" | Transcription error |
| 3 | 710 | 5 | "Foreign coded" should be "for encoded" | Transcription error |
| 3 | 716 | 25 | "overall" should be "over all" | Transcription error |
| 3 | 737 | 16 | "target in" should be "target $n$" | Transcription error |
| 3 | 746 | 16 | "lab site" should be "LabCyte" | Transcription error |
| 3 | 748 | 16 | "encode the" should be "encoded" | Transcription error |
| 3 | 811 | 18 | "have to be on" should be "haven't beyond" | Transcription error |
| 4 | 923 | 10 | "total investment" should be "total addressable market" | Transcription error |
| 4 | 927 | 17 | "Counsel" should be "Council" | Transcription error |
| 4 | 970 | 17 | "times" should be "types" | Transcription error |
| 4 | 974 | 21-22 | "tissue step-off barcoding" should be "barcoding step off-tissue" | Transcription error |