10x Genomics, Inc. and Prognosys BioSciences, Inc. v. NanoString Technologies, Inc.
Case No. 1:21-cv-653-MFK

## Joint Exhibit and Witness List

| Exhibit No. | Date | Description | Bates Beg No. | Bates End No. | Admitted | Transcript Citation |
|---|---|---|---|---|---|---|
| DTX4015 | | VIB Conference Biography of F. Baumgartner [Baumgartner Deposition Exhibit 1] | | | 11/15/2023 Baumgartner Depo Video | 11/15/2023 Day 3 at 683:20-21 |
| DTX4019 | 10/17/18 | Document titled "Share Purchase Agreement Regarding the Shares in Spatial Trancsipomics Holding AB" [Baumgartner Deposition Exhibit 5] | 10XN653-00029615 | 10XN653-00029650 | 11/16/2023 Wu Depo Video | |
| DTX4021 | 12/10/18 | 10x Genomics Website News Article "10x Genomic Acquires Spatial Transcriptomics" [Baumgartner Deposition Exhibit 7] | | | 11/15/2023 Baumgartner Depo Video | 11/15/2023 Day 3 at 683:20-21 |
| DTX4030 | 5/00/2020 | Nature biotechnology Journal Vo. 38 pp. 586-599 Article "Multiplex digital spatial profiling of proteins and RNA in fixed tissue" [Beechman Deposition Exhibit 10] | | | 11/14/2023 Quackenbush Direct | DI296 |
| DTX4033 | 2/26/19 | Article titled "High multiplex, digital spatial profiling of proteins and RNA in fixed tissue using genomic detection methods" by C. Merritt et al. [Bent Deposition Exhibit 3] | | | 11/15/2023 Bent Depo Video | 11/15/2023 Day 3 at 684:9-10 |
| DTX4063 | 3/22/10 | Prognosys Biosciences Invention Disclosure of "Spatially Encoded Genomic Assays" (Chee) [Chee Deposition Exhibit 4] | PROG-00008098 | PROG-00008108 | 11/13/2023 Chee Cross; 11/15/2023 Edwards Direct | 11/13/2023 Day 1 at 178:24-25; DI299 |
| DTX4065 | 4/5/13 | Prognosys Biosciences Letter re: "Application Title: Multiplexed Nucleic Acid Assays" [Chee Deposition Exhibit 7] | PROG-00002019 | PROG-00002089 | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 193:10-19 |
| DTX4066 | 8/17/18 | Email from M. Chee to M. Wicker re: "Fwd: Draft term sheet" [Chee Deposition Exhibit 8] | PROG-00003801 | PROG-00003802 | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 205:16 |
| DTX4067 | 8/21/18 | Email from M. Chee to R. Wu re: "Draft term sheet" [Chee Deposition Exhibit 9] | PROG-00003815 | PROG-00003821 | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 202:2 |
| DTX4074 | 00/00/2022 | Excel spreadsheet containing Data Tie Out (07-31-2022 thru 09-01-2022) [Daniel Deposition Exhibit 4] | NANO10x-00027920 | NANO10x-00027920 | 11/16/2023 Lasinski Direct | DI299 |
| DTX4130 | 2/00/2019 | NanoString Document titled "GeoMx Digital Spatial Profiler, Grant Application Package" [Geiss Deposition Exhibit 4] | NANO10x-00000092 | NANO10x-00000101 | 11/15/2023 Beechum Direct | 11/15/2023 Day 3 at 649:23-24 |
| DTX4132 | | Untitled Document Starting with "Spatially Encoded Assays" [Geiss Deposition Exhibit 6] | NANO10x-10414147 | NANO10x-10414147 | 11/15/2023 Gray Direct | 11/15/2023 Day 3 at 656:22-23 |
| DTX4146 | | Excel Document titled "10X Income Statement vs Budget by Dept - HL Consold From period Qtr4-21" [Grigorova Deposition Exhibit 4] | 10XN653-00215625 | 10XN653-00215625 | 11/16/2023 Lasinski Direct | DI299 |
| DTX4179 | 11/5/18 | Product Approval Committee Phase Gate Review Decision Form [Lasinski Deposition Exhibit 3] | 10XN653-00033317 | 10XN653-00033386 | 11/13/2023 Schnall-Levin Direct | 11/13/2023 Day 1 at 235:5 |
| DTX4190 | 9/4/20 | Email from N. Rao to S. Saxonov et al. re: "latest Nanostring fight cards" [Rao Deposition Exhibit 4] | 10XN653-00088188 | 10XN653-00088190 | 11/16/2023 Rao Depo Video | |
| DTX4191 | 2/27/20 | Email from N. Rao to M. Schnall-Levin re: "NS sensitivity vs plex tradeoffs" [Rao Deposition Exhibit 5] | 10XN653-00050023 | 10XN653-00050025 | 11/14/2023 Schnall-Levin Cross | 11/13/2023 Day 2 at 282:13-14 |
| DTX4192 | 7/23/19 | Email from H. Miller to N. Rao re: "Columbus UGM" [Rao Deposition Exhibit 6] | 10XN653-00161814 | 10XN653-00161815 | 11/16/2023 Rao Depo Video | |
| DTX4193 | 3/24/20 | Email from N. Rao to C. Anderson re: "Nanostring" [Rao Deposition Exhibit 7] | 10XN653-00087764 | 10XN653-00087764 | 11/16/2023 Rao Depo Video | |
| DTX4205 | | 10x Genomics Presentation titled "Visium Spatial Competition, Positioning and Battle Cards" [Rao Deposition Exhibit 19] | 10XN653-00021858 | 10XN653-00021883 | 11/16/2023 Rao Depo Video | |
| DTX4261 | 10/11/18 | Email from R. Wu to M. Chee et al. re: "License" [Wu Deposition Exhibit 9] | PROG-00004042 | PROG-00004042 | 11/16/2023 Wu Depo Video | |
| DTX4273 | | NanoString presentation titled "Technology Access Program for the GeoMx Digital Spatial Profiler - Project Kick-off Presentation" | NANO10x-00000003 | NANO10x-00000036 | 11/14/2023 Quackenbush Direct | DI296 |
| DTX4294 | 11/14/22 | [DI182-1] Joint Appendix re: Claim Construction Brief Exhibit 1, U.S. Patent No. 9,371,598 (Chee) | | | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 189:1-2 |
| DTX4325 | | 10x Genomics article titled "Visualize gene expression within the tissue context" | 10XN653-00021098 | 10XN653-00021101 | 11/14/2023 Quackenbush Direct | DI296 |

**Joint Exhibit and Witness List**

| Exhibit No. | Date | Description | Bates Beg No. | Bates End No. | Admitted | Transcript Citation |
|---|---|---|---|---|---|---|
| DTX4343 | 10/5/20 | Agreement and Plan of Merger and Reorganization by and among 10x Genomics, Inc., Library Acquisition Corp., Library merger Sub, LLC and ReadCoor, Inc. | 10XN653-00216142 | 10XN653-00216142 | 11/16/2023 Lasinski Direct | DI299 |
| DTX4398 | 2019-2022 | Excel spreadsheet re Units and Rev Roll Ups | 10XN653-00184526 | 10XN653-00184526 | 11/16/2023 Lasinski Direct | DI299 |
| DTX4489 | 4/00/2022 | Nanostring document titled "GeoMx DSP Manual Slide Preparation User Manual" | 10XN653-00216650 | 10XN653-00216715 | 11/14/2023 Quackenbush Direct | DI296 |
| DTX4490 | 2/00/2023 | Nanostring document titled "GeoMx DSP NGS Readout User Manual" | 10XN653-00216957 | 10XN653-00217034 | 11/14/2023 Quackenbush Direct | DI296 |
| DTX4491 | | NanoString webpage titled "nCounter Analysis Systems Overview," https://nanostring.com/products/ncounter-analysis-system/ncounter-systems-overview/ | NANO10x-00037260 | NANO10x-00037264 | 11/14/2023 Gray Direct | 11/14/2023 Day 2 at 502:25 |
| DTX4495 | 11/00/2022 | Nanostring document titled "GeoMx DSP nCounter Readout User Manual" | 10XN653-00216611 | 10XN653-00216649 | 11/14/2023 Quackenbush Direct | DI296 |
| DTX4499 | 12/12/19 | NanoString presentation titled "GeoMx NGS End-to-End Workflow Demo Research & Development" | NANO10x-10090811 | NANO10x-10090831 | 11/14/2023 Quackenbush Direct | DI296 |
| DTX4521 | 12/20/19 | NanoString Technologies Presentation titled "PAC Review, GeoMx DSP Program" | NANO10x-00015231 | NANO10x-00015307 | 11/14/2023 Quackenbush Direct | DI296 |
| DTX4531 | 11/12/15 | NanoString Technologies Presentation titled "Project Pitch - Jupiter" | NANO10x-00003632 | NANO10x-00003662 | 11/15/2023 Beechum Direct | 11/15/2023 Day 3 at 646:3-4 |
| DTX4558 | | Odin (Spatial) Project Plan Summary - At PGR2 | 10XN653-00050556 | 10XN653-00050619 | 11/16/2023 Lasinski Direct | DI299 |
| DTX4559 | 7/1/16 | Patrick L. Stahl, et al. "Visualization and analysis of gene expression in tissue sections by spatial transcriptomics" Vol. 535, Issue 6294, Science (2016) | NANO10x-10719191 | NANO10x-10719196 | 11/14/2023 Davis Cross | 11/15/2023 Day 3 at 620:11-12 |
| DTX4566 | 4/5/13 | Prognosys Biosciences: Application Title: Multiplexed Protein Assays" PA Title: PA-11-215 New Technology for Proteomics and Glyomics (SBIR [R43/R44]) | PROG-00001821 | PROG-00001880 | 11/15/2023 Edwards Direct | DI299 |
| DTX4608 | 12/10/19 | U.S. Patent No. 10,501,777 (Beechem et al.) | NANO10x-00028970 | NANO10x-00029045 | 11/15/2023 Beechum Direct | 11/15/2023 Day 3 at 647:18 |
| DTX4621 | 12/31/20 | United States Securities and Exchange Commission 10-K Form for 10x Genomics, Inc. for the fiscal year ended 12/31/2020 | 10XN653-00146413 | 10XN653-00146737 | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 204:1-2 |
| DTX4626 | 8/19/19 | United States Securities and Exchange Commission Form S-1 for 10x Genomics, Inc | NANO10x-00037885 | NANO10x-00038122 | 11/14/2023 Davis Cross | 11/14/2023 Day 2 at 449:13-14 |
| DTX4819 | 3/00/2018 | NanoString Brochure titled "Digital Spatial Profiling - Technology Access Program" [DI016-4, Ex. 4 to NanoString Technologies, Inc.'s Opening Brief in Support of Motion to Dismiss] | | | 11/15/2023 Edwards Direct | DI299 |
| DTX4875 | 11/8/22 | Email from J. Beechem to B. Johnson re "Attorney-Client Privilege" [DI186-2, Exhibit 2] | | | 11/16/2023 Satija Cross | 11/16/2023 Day 4 at 951:16-17 |
| DTX4879 | 10/18/23 | Excel Spreadsheet titled "Data Tie Out_5-6-21 thru 10-13-23" | NANO10x-00038610 | NANO10x-00038610 | 11/16/2023 Lasinski Direct | DI299 |
| JTX-0001 | 11/12/19 | United States Patent No. 10,472,669 | 10XN653-00019588 | 10XN653-00019617 | 11/13/2023 Chee Cross; 11/15/2023 Edwards Direct | 11/13/2023 Day 1 at 190:16; DI299 |
| JTX-0003 | 6/16/21 | United States Patent No. 10,961,566 | 10XN653-00019649 | 10XN653-00019681 | 11/14/2023 Quackenbush Direct | DI296 |
| JTX-0004 | 4/20/21 | United States Patent No. 10,983,113 | 10XN653-00019682 | 10XN653-00019712 | 11/14/2023 Quackenbush Direct | DI296 |
| JTX-0005 | 5/4/21 | United States Patent No. 10,996,219 | 10XN653-00019713 | 10XN653-00019743 | 11/14/2023 Quackenbush Direct | DI296 |
| JTX-0006 | 5/11/21 | United States Patent No. 11,001,878 | 10XN653-00019744 | 10XN653-00019774 | 11/14/2023 Quackenbush Direct | DI296 |

10x Genomics, Inc. and Prognosys BioSciences, Inc. v. NanoString Technologies, Inc.
Case No. 1:21-cv-653-MFK

**Joint Exhibit and Witness List**

| Exhibit No. | Date | Description | Bates Beg No. | Bates End No. | Admitted | Transcript Citation |
|---|---|---|---|---|---|---|
| JTX-0007 | 5/18/21 | United States Patent No. 11,008,607 | 10XN653-00019775 | 10XN653-00019806 | 11/13/2023 Chee Direct; 11/15/2023 Edwards Direct | 11/13/2023 Day 1 at 147:1-2; DI299 |
| JTX-0008 | 4/8/22 | United States Patent No. 11,293,917 | 10XN653-00171129 | 10XN653-00171163 | 11/14/2023 Quackenbush Direct | DI296 |
| JTX-0009 | 8/18/21 | United States Patent No. 10,472,669 File History Excerpt | 10XN653-00000001 | 10XN653-00006676 | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 189:20-21 |
| JTX-0011 | 8/18/21 | United States Patent No. 10,961,566 File History Excerpt | 10XN653-00015821 | 10XN653-00016533 | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 191:16-17 |
| JTX-0012 | 8/18/21 | United States Patent No. 10,983,113 File History Excerpt | 10XN653-00016534 | 10XN653-00017326 | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 191:16-17 |
| JTX-0013 | 8/18/21 | United States Patent No. 10,996,219 File History Excerpt | 10XN653-00017327 | 10XN653-00018889 | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 191:16-17 |
| JTX-0014 | 8/18/21 | United States Patent No. 11,001,878 File History Excerpt | 10XN653-00018890 | 10XN653-00019238 | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 191:16-17 |
| JTX-0015 | 8/18/21 | United States Patent No. 11,008,607 File History Excerpt | 10XN653-00019239 | 10XN653-00019587 | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 191:16-17 |
| JTX-0016 | 5/4/22 | United States Patent No. 11,293,917 File History Excerpt | 10XN653-00170218 | 10XN653-00171128 | 11/15/2023 Edwards Cross | 11/15/2023 Day 3 at 805:24 |
| JTX-0025 | 12/6/18 | License Agreement between 10X Genomics, Inc. and Prognosys Biosciences, Inc., 11/18/2018 | 10XN653-00029588 | 10XN653-00029614 | 11/13/2023 Chee Cross | 11/13/2023 Day 1 at 171:10 |
| PTX-0019 | 5/20/22 | NanoString: GeoMx DSP Instrument User Manual, MAN-10152-01 for v2.5 software, March 2022 | 10XN653-00216841 | 10XN653-00216956 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0032 | 6/17/20 | NanoString Quick Start Guide: GeoMx-nCounter DSP Instrument, MAN-10102-03 | 10XN653-00020512 | 10XN653-00020513 | 11/15/2023 Edwards Direct | DI299 |
| PTX-0069 | 3/24/23 | Appendix B, Schedule 2 (NanoString - GeoMx and nCounter Dollar Sales, U.S. Only For the Period April 2021 through September 2022) to Expert Report and Disclosure of Julie L. Davis, Submitted March 24, 2023 | | | 11/14/2023 Davis Direct | DI296 |
| PTX-0097 | 10/28/21 | Native Video: GeoMx Digital Spatial Profiler video by NanoString | 10XN653-00020051 | 10XN653-00020051 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0099 | 10/4/19 | GeoMX Digital Spatial Profiler Brochure, October 2019 MK0981 | 10XN653-00020073 | 10XN653-00020084 | 11/15/2023 Edwards Direct | DI299 |
| PTX-0106 | 1/15/21 | Marx, Vivien, "Method of the Year: spatially resolved transcriptomics," Nature Methods, Vol. 18 Juanary 2021 | 10XN653-00020913 | 10XN653-00020918 | 11/15/2023 Gray Direct | 11/15/2023 Day 3 at 562:18-19 |
| PTX-0118 | 4/26/21 | 10x Brochure: Inside Visium spatial capture technology, BR060, LIT000060 - Rev D, 2021 | 10XN653-00021078 | 10XN653-00021085 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0125 | 7/30/21 | 10x User Guide: Visium Spatial Gene Expression Reagent Kits, CG000239 Rev E 2021 | 10XN653-00021157 | 10XN653-00021226 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0183 | 6/8/21 | 10x User Guide: Visium Spatial Gene Expression Reagent Kits for FFPE, CG000407 Rev A 2021 | 10XN653-00031739 | 10XN653-00031809 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0193 | 1/19/22 | Native Video: Learn more about Visium Spatial Gene Expression, https://www.10xgenomics.com/products/spatial-gene-expression | 10XN653-00031904 | 10XN653-00031904 | 11/13/2023 Schnall-Levin Direct | 11/13/2023 Day 1 at 238:16 |
| PTX-0207 | 1/6/21 | Method of the Year 2020: Spatially resolved transcriptomics, Nature Methods January 2021 Vol. 18, No. 1 (cover image) | 10XN653-00067753 | 10XN653-00067753 | 11/13/2023 Schnall-Levin Direct | 11/13/2023 Day 1 at 252:22 |
| PTX-0280 | 9/1/20 | License Agreement between ReadCoor, Inc. and President and Fellows of Harvard College, 9/9/2016 | 10XN653-00215577 | 10XN653-00215610 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0318 | 3/17/23 | PWC presentation for 10x Genomics, Inc. "Valuation of certain identifiable intangible assets of ReadCoor Inc. as of October 13, 2020," February 03, 2021 | 10XN653-00217345 | 10XN653-00217385 | 11/14/2023 Davis Direct | DI296 |
| PTX-0327 | 9/25/20 | Tripodo et al., "A Spatially Resolved Dark- versus Light-Zone Microenvironment Signature Subdivides Germinal Center-Related Aggressive B Cell Lymphomas," iScience 23, 101562, October 23, 2020, https://doi.org/10.1016/j.isci.2020-101562 | 10XN653-00217563 | 10XN653-00217580 | 11/14/2023 Quackenbush Direct | DI296 |

10x Genomics, Inc. and Prognosys BioSciences, Inc. v. NanoString Technologies, Inc.
Case No. 1:21-cv-653-MFK

**Joint Exhibit and Witness List**

| Exhibit No. | Date | Description | Bates Beg No. | Bates End No. | Admitted | Transcript Citation |
|---|---|---|---|---|---|---|
| PTX-0335 | 4/24/19 | U.S. Patent No. 10,266,874 (Weissleder et al.) | 10XN653-00217980 | 10XN653-00218095 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0385 | 3/16/23 | What is Space Ranger?, https://support.10xgenomics.com/spatial-gene-expression/software/pipelines/latest/what-is-space-ranger | 10XN653-00220946 | 10XN653-00220951 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0389 | 2/28/23 | NanoString 10-K, 2022 | 10XN653-00221290 | 10XN653-00221426 | 11/15/2023 Gray Cross | 11/15/2023 Day 3 at 616:16-17 |
| PTX-0393 | 2/6/20 | Deposition Exhibit [Beechem Dep. Ex. 004]: United States Patent Application Publication No. US 2020/0040385 A1 (Beechem et al.) [produced at 10XN653-00221680-10XN653-00221755] | | | 11/14/2023 Merritt Depo Video | 11/14/2023 Day 2 at 291:3 (transcript reads Beechem Exhibit 4, PTX 39 but should be PTX0393) |
| PTX-0402 | 5/26/21 | NanoString presentation "Technology Access Program for the GeoMx Digital Spatial Profiler," Project Kick-off Presentation, NanoString Pathology team | NANO10x-00000003 | NANO10x-00000036 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0435 | 9/11/19 | NanoString: GeoMx Image Viewer (SDD) PROJ-0083-Jupiter, Document Number: DSN-10138-01 | NANO10x-00002449 | NANO10x-00002464 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0441 | 3/10/22 | NanoString: SPC-10622 GeoMx NGS Pipeline Configuration File Specification, Document Number: SPC-10622-03 | NANO10x-00004329 | NANO10x-00004337 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0442 | 3/10/22 | NanoString: GeoMx Software Architecture Specification (SAS) PROJ-0083-Jupiter, Document Number: DSN-10135-01 | NANO10x-00004675 | NANO10x-00004685 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0455 | 3/11/22 | Merritt et al., "Multiplex digital spatial profiling of proteins and RNA in fixed tissue," Nature Biotechnology 38:586-599, May 2020 | NANO10x-00018906 | NANO10x-00018927 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0456 | 1/10/20 | Helmink et al., "B cells and tertiary lymphoid structures promote immunotherapy response," Nature, January 2020 | NANO10x-00019029 | NANO10x-00019056 | 11/15/2023 Beechum Direct | 11/15/2023 Day 3 at 654:9 |
| PTX-0460 | 3/11/22 | Sharma et al., "Onco-fetal Reprogramming of Endothelial Cells Drives Immunosuppressive Macrophages in Hepatocellular Carcinoma," Cell 183, 1-18, October 15, 2020, https://doi.org/10.1016/j.cell.2020-08-040 | NANO10x-00019147 | NANO10x-00019186 | 11/16/2023 Satija Direct | 11/16/2023 Day 4 at 928:8-929:14 |
| PTX-0461 | 10/19/20 | Sangaletti et al., "Intra-tumour heterogeneity of diffuse large B-cell lymphoma involves the induction of diversified stroma-tumour interfaces," EBioMedicine 61 (2020) 103055 | NANO10x-00019187 | NANO10x-00019201 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0503 | 1/13/22 | Danaher et al., "Advances in mixed cell deconvolution enable quantification of cell types in spatial transcriptomic data," Nature Communications 2022, 13:385 | NANO10x-00021179 | NANO10x-00021191 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0509 | 8/30/19 | Beechem, "High-Plex Spatially Resolved RNA and Protein Detection Using Digital Spatial Profiling: A Technology Designed for Immuno-oncology Biomarker Discovery and Translation," Chapter 25 of Biomarkers for Immunotherapy of Cancer: Methods and Protocols, Methods in Biology, Vol. 2055, Nature (2020). | NANO10x-00021450 | NANO10x-00021470 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0518 | 9/1/22 | Native Excel: Data Tie Out_31-JUL-2022_01-SEPT-22.xlsx | NANO10x-00027920 | NANO10x-00027920 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0556 | 1/20/20 | Email from Niroshan Ramachandran to Anna Berdine re: FW: Competitive Question Feedback | NANO10x-10005807 | NANO10x-10005809 | 11/15/2023 Gray Cross | 11/15/2023 Day 3 at 628:25 |
| PTX-0585 | 4/15/20 | NanoString presentation "Maintaining Leadership in Spatial Genomics," April 21st, 2020 | NANO10x-10015907 | NANO10x-10015940 | 11/14/2023 Davis Direct | DI296 |
| PTX-0603 | 6/22/20 | NanoString: GeoMx Digital Spatial Proflier (DSP) Platform Excerpt | NANO10x-10050064 | NANO10x-10050064 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0616 | 8/3/20 | NanoString presentation "DSP System Overview," Aug-2020 | NANO10x-10132647 | NANO10x-10132745 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0617 | 2/11/19 | NanoString: SPC-10627 GeoMx DSP NGS DCC File Specification, Document Number GeoMx/GeoMx-101126SPC-10625-01 | NANO10x-10143515 | NANO10x-10143521 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0618 | 7/9/19 | NanoString: DSP GeoMx Digital Spatial Profiler Platform - Vision Box | NANO10x-10148836 | NANO10x-10148850 | 11/14/2023 Quackenbush Direct | DI296 |

| Exhibit No. | Date | Description | Bates Beg No. | Bates End No. | Admitted | Transcript Citation |
|---|---|---|---|---|---|---|
| PTX-0633 | 2/23/22 | Native Excel: NanoString Publications Graph_5594_20220223_2.xlsx | NANO10x-10191913 | NANO10x-10191913 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0646 | 3/31/21 | ZS presentation "Spatial Biology Field Strategy: Immersion Findings and Customer Engagement Mapping," Prepared for NanoString, March 30, 2021 | NANO10x-10251693 | NANO10x-10251723 | 11/15/2023 Gray Cross | 11/15/2023 Day 3 at 632:13 |
| PTX-0647 | 6/23/21 | NanoString presentation "Review of current and future NSTG detection formats for 3D/DSP" Gary K. Giess Ph.D., Senior Principal Scientist, 22-Jan-2018 | NANO10x-10287977 | NANO10x-10287985 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0648 | 3/19/12 | NanoString presentation "nCounterTM Analysis System: Molecules That CountTM" Kirsteen Maclean, Ph.D., March 2012 | NANO10x-10292853 | NANO10x-10292955 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0649 | 4/14/20 | NanoString presentation "Review of current and future NSTG detection formats for 3D/PDS" Gary K. Geiss Ph.D., Senior Principal Scientist, 22-Jan-2018 | NANO10x-10307719 | NANO10x-10307727 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0650 | 1/19/16 | Deposition Exhibit [Jung Dep. Ex. 016 / Merritt Dep. Ex. 001]: Presentation titled "Project Jupiter" (NANO10x-10409276-NANO10x-10409307) | NANO10x-10409276 | NANO10x-10409307 | 11/14/2023 Merritt Depo Video | 11/14/2023 Day 2 at 291:2 (transcript reads Merritt Exhibit 1, DTX650 but should be PTX0650) |
| PTX-0654 | 5/4/21 | 10x Letter from Eric Whitaker to NanoString Kathy Surace-Smith re: NanoString's Infringement of U.S. Patent Nos. 10,472,669; 10,662,467; 10,961,566; 10,983,113; and 10,996,219 | NANO10x-10456634 | NANO10x-10456635 | 11/15/2023 Gray Direct | 11/15/2023 Day 3 at 572:8-9 |
| PTX-0662 | 8/6/20 | NanoString presentation "Overview of NGS protein workflow" | NANO10x-10619259 | NANO10x-10619268 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0667 | 1/19/21 | NanoString presentation "Competitive Intelligence: Quarterly Update," Product Management, R&D, TSS, PAS, Business Development, Jan. 21, 2021 | NANO10x-10699928 | NANO10x-10699981 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0673 | 10/11/18 | Email from Randy Wu to Mark Chee re: License | PROG-00004042 | PROG-00004042 | 11/16/2023 Lasinski Direct | DI299 |
| PTX-0686 | 10/15/14 | Prognosys: Spatially Encoded Assays, 2014 ASHG Poster | PROG-00006050 | PROG-00006050 | 11/13/2023 Chee Direct | 11/13/2023 Day 1 at 156:8 |
| PTX-0687 | 3/22/10 | Prognosys: Invention Disclosure re: Spatially Encoded Genomic Assays | PROG-00008098 | PROG-00008108 | 11/13/2023 Chee Direct | 11/13/2023 Day 1 at 142:22-143:18 |
| PTX-0690 | 5/6/10 | Prognosys: Invention Disclosure re: Double-Tagged Barcoding for Next Generation Sequencing | PROG-00008136 | PROG-00008141 | 11/13/2023 Chee Direct | 11/13/2023 Day 1 at 144:21-22 |
| PTX-0692 | 3/4/11 | Prognosys Application for Federal Assistenace SF 424, 1 R43 GM096706-01 | PROG-00009310 | PROG-00009359 | 11/13/2023 Chee Direct | 11/13/2023 Day 1 at 154:4 |
| PTX-0693 | 7/24/10 | Prognosys: Application Number:1 R43 GM096706-01, Release Date: 07/23/2010 | PROG-00024286 | PROG-00024294 | 11/13/2023 Chee Direct | 11/13/2023 Day 1 at 154:12 |
| PTX-0706 | 9/15/15 | Deposition Exhibit [Beechem Dep. Ex. 005]: Email chain from Mark Chee to Scott Crowder re: Prognosys capabilities (PROG-00003272) | PROG-00003272 | PROG-00003272 | 11/13/2023 Chee Direct | 11/13/2023 Day 1 at 162:5 |
| PTX-0707 | 9/21/15 | Deposition Exhibit [Beechem Dep. Ex. 006]: Email chain from Mark Chee to Dwayne Dunaway cc Scott Crowder re: contact info (PROG-00003281) | PROG-00003281 | PROG-00003281 | 11/15/2023 Beechum Cross | 11/15/2023 Day 3 at 674:25 |
| PTX-0708 | 9/17/15 | Deposition Exhibit [Beechem Dep. Ex. 007]: Email chain from Mark Chee to Scott Croder cc Dwayne Dunaway re: Prognosys capabilities (PROG-00003279) | PROG-00003279 | PROG-00003279 | 11/13/2023 Chee Direct | 11/13/2023 Day 1 at 162:19 |
| PTX-0716 | 12/3/19 | Deposition Exhibit [Berdine Dep. Ex. 002]: Email from Anna Berdine to Chad Brown, Niroshan Ramachandran, Jay Gerlach, Julie Campbell, Lisa Tharpe, Sarah Warren, Douglas Hinerfeld. April Falcone re: 2020 EVOLV3 goals (NANO10x-10249273) | NANO10x-10249273 | NANO10x-10249273 | 11/14/2023 Berdine Depo Video | DI296 |
| PTX-0717 | 12/3/19 | Deposition Exhibit [Berdine Dep. Ex. 003]: Spreadsheet titled "Rally Cry - Spatial Dominance in 2020," 2020 EVOLV3 Goals.xlsx(NANO10x-10249274) | NANO10x-10249274 | NANO10x-10249274 | 11/14/2023 Berdine Depo Video | DI296 |
| PTX-0718 | 11/30/19 | Deposition Exhibit [Berdine Dep. Ex. 004]: Presentation titled "2020 DSP Marketing Plan to Achieve Spatial Dominance" (NANO10x-10002579-NANO10x-10002643) | NANO10x-10002579 | NANO10x-10002643 | 11/14/2023 Berdine Depo Video | DI296 |
| PTX-0719 | 1/20/20 | Deposition Exhibit [Berdine Dep. Ex. 005]: Email chain from Niroshan Ramachandran to Anna Berdine re FW: Competitive Question Feedback (NANO10x-10005807-NANO10x-10005809) | NANO10x-10005807 | NANO10x-10005809 | 11/14/2023 Davis Direct | DI296 |
| PTX-0721 | 7/1/20 | Deposition Exhibit [Berdine Dep. Ex. 007]: Competitive Intel Function: Spatial Genomics (NANO10x-10449213-NANO10x-10449268) | NANO10x-10449213 | NANO10x-10449268 | 11/14/2023 Berdine Depo Video | DI296 |

| Exhibit No. | Date | Description | Bates Beg No. | Bates End No. | Admitted | Transcript Citation |
|---|---|---|---|---|---|---|
| PTX-0722 | 9/10/20 | Deposition Exhibit [Berdine Dep. Ex. 008]: Presentation titled "NanoString Spatial Competitive Intel Summit" by Product Management, R&D, TSS, PAS, Business Development, dated 9/10/20 (NANO10x-10085990-NANO10x-10086117) | NANO10x-10085990 | NANO10x-10086117 | 11/14/2023 Davis Direct | DI296 |
| PTX-0723 | 11/29/20 | Deposition Exhibit [Berdine Dep. Ex. 009]: Investor Day FAQ, 11/29/20 at 8pm (NANO10x-10008678-NANO10x-10008711) | NANO10x-10008678 | NANO10x-10008711 | 11/14/2023 Berdine Depo Video | DI296 |
| PTX-0724 | 11/30/20 | Deposition Exhibit [Berdine Dep. Ex. 010]: Email chain from Anna Berdine to Matt Marquardt cc Chad Brown re FW: Updated SMI PR and FAQ (NANO10x-10008676-NANO10x-10008677) | NANO10x-10008676 | NANO10x-10008677 | 11/14/2023 Berdine Depo Video | DI296 |
| PTX-0726 | 3/30/21 | Deposition Exhibit [Berdine Dep. Ex. 012]: Presentation titled "Spatial Biology Field Strategy: Immersion Findings and Customer Engagement Mapping - Prepared for NanoString", dated March 30, 2021 (NANO10x-10251693-NANO10x-10251723) | NANO10x-10251693 | NANO10x-10251723 | 11/14/2023 Davis Direct | DI296 |
| PTX-0727 | 1/14/21 | Deposition Exhibit [Berdine Dep. Ex. 013]: Email chain from April Falcone to Anna Berdine re: RE: 10X Genomics Images on Nature Cover! (NANO10x-10251530-NANO10x-10251532) | NANO10x-10251530 | NANO10x-10251532 | 11/14/2023 Berdine Depo Video | DI296 |
| PTX-0736 | 11/18/18 | Deposition Exhibit [Chee Dep. Ex. 010]: License Agreement between 10X Genomics, Inc. and Prognosys Biosciences, Inc., effective 11/18/2018 (10XN653-00029588-10XN653-00029614) | 10XN653-00029588 | 10XN653-00029614 | 11/13/2023 Chee Direct | 11/13/2023 Day 1 at 157:22 |
| PTX-0740 | 8/25/22 | Deposition Exhibit [Daniel Dep. Ex. 004]: Native Excel File named "Data Tie Out_31-JUL-2022_01-SEPT-22.xlsx" (NANO10x-00027920) | NANO10x-00027920 | NANO10x-00027920 | 11/14/2023 Davis Direct | DI296 |
| PTX-0785 | 10/3/18 | Deposition Exhibit [Geiss Dep. Ex. 003]: GeoMxTM DSP workflow (NANO10x-00000002) | NANO10x-00000002 | NANO10x-00000002 | 11/14/23 Geiss Depo Video | 11/14/2023 Day 2 at 407:12-13 |
| PTX-0786 | 2/1/19 | Deposition Exhibit [Geiss Dep. Ex. 004]: GeoMxtTM Digital Spatial Profile Grant Application Package (NANO10x-00000092-NANO10x-00000101) | NANO10x-00000092 | NANO10x-00000101 | 11/14/23 Geiss Depo Video | 11/14/2023 Day 2 at 407:12-13 |
| PTX-0787 | 10/23/14 | Deposition Exhibit [Geiss Dep. Ex. 005]: Email from Camille Troup to RADAR alias re: spatial microfluidic gene expression poster, ASHG 2014 (NANO10x-10414146) | NANO10x-10414146 | NANO10x-10414146 | 11/14/23 Geiss Depo Video | 11/14/2023 Day 2 at 407:12-13 |
| PTX-0788 | 10/23/14 | Deposition Exhibit [Geiss Dep. Ex. 006]: "Prognosys ASHG 2014 abstract.docx" attachment to Email from Camille Troup to RADAR alias re: spatial microfluidic gene expression poster, ASHG 2014 (NANO10x-10414147) | NANO10x-10414147 | NANO10x-10414147 | 11/14/23 Geiss Depo Video | 11/14/2023 Day 2 at 407:12-13 |
| PTX-0795 | 1/6/21 | Deposition Exhibit [Gray Dep. Ex. 006]: Article titled "Method of the Year: spatially resolved transcriptomics" by Vivian Marx, dated 1/6/2021 (NANO10x-10035895-NANO10x-10035900) | NANO10x-10035895 | NANO10x-10035900 | 11/13/2023 Schnall-Levin Direct | 11/13/2023 Day 1 at 254:1 |
| PTX-0801 | 12/30/21 | Deposition Exhibit [Hoang Dep. Ex. 002]: United States Patent Application Publication No. US 2021/0403999 A1 | | | 11/14/2023 Hoang Depo Video | 11/14/2023 Day 2 at 290:14 |
| PTX-0804 | 4/13/20 | Deposition Exhibit [Hoang Dep. Ex. 005]: Email chain from Margaret Hoang to Debra Toburen, Amy Harrington, Laura Tabellini, April Falcone re: MK2389 Data Analysis workflow diagram (NANO10x-10471937-NANO10x-10471943) | NANO10x-10471937 | NANO10x-10471943 | 11/14/2023 Hoang Depo Video | 11/14/2023 Day 2 at 290:14-15 |
| PTX-0805 | 5/22/20 | Deposition Exhibit [Hoang Dep. Ex. 006]: Email chain from Beth Nye to Margaret Hoang cc: Jenny cronin, Ciara Martin re: IIMN/MSTG Alignment (NANO10x-10379128-NANO10x-10379131) | NANO10x-10379128 | NANO10x-10379131 | 11/14/2023 Hoang Depo Video | 11/14/2023 Day 2 at 290:15-16 |
| PTX-0897 | 1/19/16 | Deposition Exhibit [Merritt Dep. Ex. 002]: Email from Dwayne Dunaway to Joseph M. Beechem, cc: Sarah Warren, Jaemyeong Jung, Philippa Webster, Chris Merritt re: Project Jupiter_alone_Jan_19_2016.pptx (NANO10x-10409275) | NANO10x-10409275 | NANO10x-10409275 | 11/14/2023 Merritt Depo Video | 11/14/2023 Day 2 at 291:2-3 |
| PTX-0917 | 10/27/23 | Supplemental Appendix A Schedule 1.1 (NanoString Accused GeoMx Sales - U.S. Sales, Excluding Government Sales for the Period May 6, 2021 through October 13, 2023) to Supplemental Expert Report and Disclosure of Julie L. Davis, October 27, 2023 | | | 11/14/2023 Davis Direct | DI296 |
| PTX-0918 | 10/27/23 | Supplemental Appendix A Schedule 1.2 (NanoString Lost Profits Base - U.S. Sales, Excluding Governament Sales for the Period May 6, 2021 through October 13, 2023) to Supplemental Expert Report and Disclosure of Julie L. Davis, October 27, 2023 | | | 11/14/2023 Davis Direct | DI296 |
| PTX-0919 | 10/27/23 | Supplemental Appendix A Schedule 2.1 (NanoString Accused GeoMx Sales - Ex-U.S. Sales, Excluding Government Sales for the Period April 5, 2022 through October 13, 2023) to Supplemental Expert Report and Disclosure of Julie L. Davis, October 27, 2023 | | | 11/14/2023 Davis Direct | DI296 |
| PTX-0920 | 10/27/23 | Supplemental Appendix A Schedule 2.2 (NanoString GeoMx Lost Profits Base - Ex-U.S. Sales, Excluding Government Sales for the Period April 5, 2022 through October 13, 2023) to Supplemental Expert Report and Disclosure of Julie L. Davis, October 27, 2023 | | | 11/14/2023 Davis Direct | DI296 |
| PTX-0921 | 10/27/23 | Supplemental Appendix A Schedule 3.1 (NanoString Accused nCounter Sales - U.S. Sales, Excluding Government Sales for the Period May 6, 2021 through October 13, 2023) to Supplemental Expert Report and Disclosure of Julie L. Davis, October 27, 2023 | | | 11/14/2023 Davis Direct | DI296 |
| PTX-0922 | 10/27/23 | Supplemental Appendix A Schedule 3.2 (List of Customers included in Accused nCounter Sales) to Supplemental Expert Report and Disclosure of Julie L. Davis, October 27, 2023 | | | 11/14/2023 Davis Direct | DI296 |
| PTX-0924 | 10/27/23 | Supplemental Appendix C Schedule 2 (10x - Visium Sales Data for the Period January 2020 through September 2023) to Supplemental Expert Report and Disclosure of Julie L. Davis, October 27, 2023 | | | 11/14/2023 Davis Direct | DI296 |

**Joint Exhibit and Witness List**

| Exhibit No. | Date | Description | Bates Beg No. | Bates End No. | Admitted | Transcript Citation |
|---|---|---|---|---|---|---|
| PTX-0925 | 10/10/23 | Native Excel: 20231010 Visium & Xenium Revenue.xlsb | 10XN653-00221962 | 10XN653-00221962 | 11/14/2023 Davis Direct | DI296 |
| PTX-0926 | 10/17/23 | Native Excel: Visium + Xenum GM, R&D, Income Statement.xlsx | 10XN653-00221963 | 10XN653-00221963 | 11/14/2023 Davis Direct | DI296 |
| PTX-0927 | 10/19/23 | Native Excel: Xenium and Visium commisssions.xlsx | 10XN653-00221964 | 10XN653-00221964 | 11/14/2023 Davis Direct | DI296 |
| PTX-0928 | 10/18/23 | Native Excel: Data Tie Out_5-6-21 thru 10-13-23.xlsx | NANO10x-00038610 | NANO10x-00038610 | 11/14/2023 Quackenbush Direct | DI296 |
| PTX-0929 | 10/19/23 | Native Excel: Q3 23 Install Base 101923.xlsx | NANO10x-00038614 | NANO10x-00038614 | 11/14/2023 Davis Direct | DI296 |
| PTX-0930 | 9/22/22 | Native Excel: Export FP&A Revenue Data Visium - 2022-09-22.xlsx | 10XN653-00216139 | 10XN653-00216139 | 11/14/2023 Davis Direct | DI296 |
| PTX-1103 | 8/21/19 | Email from N. Ramachandran to B. Gray et al. re: "Re: Daily News: 10x Genomics Files for $100M IPO | NANO10XH01376532 | NANO10XH01376537 | 11/15/2023 Beechum Cross | 11/15/2023 Day 3 at 592:18-19 |
| PTX-1104 | | 10X Genomics: Insights into current and future strategic direction | NANO10XH01376538 | NANO10XH01376541 | 11/15/2023 Gray Cross | 11/15/2023 Day 3 at 593:16-17 |
| PTX-1105 | 10/8/19 | Email from N. Ramachandran to B. Gray re: "Current working BOD deck…" | NANO10XH01377540 | NANO10XH01377589 | 11/15/2023 Gray Cross | 11/15/2023 Day 3 at 598:11-12 |
| PTX-1106 | 12/1/20 | Nanostring Presentation titled "Investor & Analyst Day" | NAN010x-10049464 | NAN010x-10049543 | 11/15/2023 Gray Cross | 11/15/2023 Day 3 at 614:19-21 |

| Date | Witness List | | | | | |
|---|---|---|---|---|---|---|
| 11/13/23 | Dr. Mark Chee (of Prognosys Biosciences, Inc.) Plaintiffs | | | | | |
| 11/13/23-11/14/23 | Dr. Michael Schnall-Levin (of 10x Genomics, Inc.) Plaintiffs | | | | | |
| 11/14/23 | Dr. Margaret Hoang (of NanoString Technologies, Inc., via deposition) Plaintiffs | | | | | |
| 11/14/23 | Dr. Chris Merritt (formerly employed by NanoString Technologies, Inc., via deposition) Plaintiffs | | | | | |
| 11/14/23 | Dr. John Quackenbush (expert on behalf of 10x Genomics, Inc.) Plaintiffs | | | | | |
| 11/14/23 | Dr. Jaemyeong Jung (of NanoString Technologies, Inc., via deposition) Plaintiffs | | | | | |
| 11/14/23 | Gary Geiss (of NanoString Technologies, Inc., via deposition) Plaintiffs | | | | | |
| 11/14/23 | Anna Berdine (formerly employed by NanoString Technologies, Inc., via deposition) Plaintiffs | | | | | |
| 11/14/23 | Julie Davis (expert on behalf of 10x Genomics, Inc.) Plaintiffs | | | | | |
| 11/14/23-11/15/23 | Robert Bradley Gray (of NanoString Technologies, Inc.) Defendant/Plaintiffs | | | | | |
| 11/15/23 | Dr. Joseph Beechem (of NanoString Technologies, Inc.) Defendant/Plaintiffs | | | | | |
| 11/15/23 | Florian Baumgartner (formerly employed by 10x Genomics, Inc., via deposition) Defendant | | | | | |
| 11/15/23 | Dr. Zach Bent (of 10x Genomics, Inc., via deposition) Defendant | | | | | |
| 11/15/23 | Dr. Jeremy Edwards (expert on behalf of NanoString Technologies, Inc.) Defendant | | | | | |
| 11/15/23 | Annika Branting (formerly employed by 10x Genomics, Inc., via deposition) Defendant | | | | | |
| 11/16/23 | Randy Wu (of 10x Genomics, Inc., via deposition) Defendant | | | | | |
| 11/16/23 | Dr. Nikhil Rao (of 10x Genomics, Inc., via deposition) Defendant | | | | | |
| 11/16/23 | Michael J. Lasinski (expert on behalf of NanoString Technologies, Inc.) Defendant | | | | | |
| 11/16/23 | Dr. Rahul Satija (expert on behalf of 10x Genomics, Inc.) Plaintiffs | | | | | |