# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br>      *Plaintiffs*, <br> v. <br><br> NANOSTRING TECHNOLOGIES, INC., <br>      *Defendant*. | C.A. No. 21-653-MFK |

## APRIL 30, 2024 JOINT STATUS REPORT

Pursuant to this Court's Order (D.I. 338 in Case No. 21-653), the parties jointly submit the following status report regarding NanoString's bankruptcy proceedings and other relevant updates.

### A.     Update on 10x's Motion to Lift the Stay in the GeoMx Action

10x Genomics's motion to the Bankruptcy Court to lift the stay with respect to *10x Genomics, Inc. et al. v. NanoString,* C.A. No. 21-653-MFK ("the GeoMx Action") is pending. The Bankruptcy Court's hearing to consider the motion has been rescheduled from April 22, 2024, to May 21, 2024.

### B.     Bruker Signed Agreement to Purchase NanoString

On April 17, 2024, NanoString announced that Bruker Corporation ("Bruker") will acquire substantially all of NanoString's assets. On April 19, 2024, the U.S. Bankruptcy Court approved the sale transaction. Pursuant to 11 U.S.C. § 362(a)(1), the stay on the GeoMx Action and *10x Genomics, Inc. and President and Fellows of Harvard College v. NanoString*, C.A. No. 22-261-MFK ("the CosMx Action") will automatically lift once the business assets and liabilities related to the GeoMx Action and CosMx Action are transferred to Bruker, which will occur upon closing of the transaction. NanoString expects this closing to occur by mid-May 2024, subject to completion of customary closing conditions.

1

| | |
|---|---|
| Dated: April 30, 2024 | Respectfully submitted, |
| FARNAN LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Brian E. Farnan | /s/ Alexandra M. Ewing |
| Brian E. Farnan (Bar No. 4089) | Frederick L. Cottrell, III (#2555) |
| Michael J. Farnan (Bar No. 5165) | Jason J. Rawnsley (#5379) |
| 919 N. Market St., 12th Floor | Alexandra M. Ewing (#6407) |
| Wilmington, DE 19801 | 920 North King Street |
| Tel: (302) 777-0300 | Wilmington, DE 19801 |
| Fax: (302) 777-0301 | (302) 651-7700 |
| bfarnan@farnanlaw.com | cottrell@rlf.com |
| mfarnan@farnanlaw.com | rawnsley@rlf.com |
| | ewing@rlf.com |
| *Of Counsel:* | |
| | *Of Counsel:* |
| WEIL, GOTSHAL & MANGES LLP | |
| Edward R. Reines | TENSEGRITY LAW GROUP LLP |
| Derek C. Walter | Matthew Powers |
| Karnik F. Hajjar | Paul Ehrlich |
| 201 Redwood Shores Parkway | William P. Nelson |
| Redwood Shores, California 94065 | Stefani Smith |
| Telephone: 650-802-3000 | Robert Gerrity |
| edward.reines@weil.com | Li Shen |
| derek.walter@weil.com | 555 Twin Dolphin Drive |
| karnik.hajjar@weil.com | Suite 650 |
| | Redwood Shores, CA 94065 |
| Amanda Branch | Tel: (650) 802-6000 |
| Christopher Pepe | |
| Kristin Sanford | Azra M. Hadzimehmedovic |
| WEIL, GOTSHAL & MANGES LLP | Aaron M. Nathan |
| 2001 M Street NW, Suite 600 | Samantha Jameson |
| Washington, DC 20036 | Ron J. Pabis |
| Telephone: (202) 682-7000 | Kiley White |
| amanda.branch@weil.com | Joanna R. Schacter |
| christopher.pepe@weil.com | 1676 International Drive, Suite 910 |
| kristin.sanford@weil.com | McLean, VA 22102-3848 |
| | Tel: (650) 802-6000 |
| Eric S. Hochstadt | |
| Natalie C. Kennedy | 10x_NSTG_Service@tensegritylawgroup.com |
| Yi Zhang | |
| Weil, Gotshal & Manges LLP | **Counsel for 10x Genomics, Inc. and** |
| 767 Fifth Avenue | **Prognosys Biosciences, Inc.** |

2

New York, NY 10153-0119
eric.hochstadt@weil.com
Natalie.Kennedy@weil.com
Yi.Zhang@weil.com

Nanostring.10X@weil.com

***Counsel for NanoString Technologies, Inc.***