# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br>            Plaintiffs, <br><br>    v. <br><br> BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., AND BRUKER CORP., <br><br>            Defendants. | C.A. No. 21-cv-653-MFK <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Bruker Corporation, Bruker Nano, Inc., and Bruker Spatial Biology, Inc. discloses:

- Bruker Corporation does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

- Bruker Corporation is Bruker Nano, Inc.'s parent corporation, a publicly held corporation owning 10% or more of Bruker Nano, Inc.'s stock.

- Bruker Corporation is Bruker Spatial Biology, Inc.'s parent corporation, a publicly held corporation owning 10% or more of Bruker Spatial Biology, Inc.'s stock.

Dated: September 3, 2024

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

1

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
Concord Cheung (admitted *pro hac vice*)
Karnik F. Hajjar (admitted *pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com
derek.walter@weil.com
concord.cheung@weil.com
karnik.hajjar@weil.com

Christopher Pepe (admitted *pro hac vice*)
Amanda Branch (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
christopher.pepe@ weil.com
amanda.branch@weil.com


Courtland L. Reichman (admitted *pro hac vice*)
Savannah H. Carnes (admitted *pro hac vice*)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA  9406
Tel: (650) 623-1401
Fax: (650) 623-1449
creichman@reichmanjorgensen.com
scarnes@reichmanjorgensen.com

Sarah Jorgensen (admitted *pro hac vice*)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Tel: (202) 894-7310
sjorgensen@reichmanjorgensen.com

Christine E. Lehman (admitted *pro hac vice*)

REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K St., NW
Washington, DC  2006
Tel: (202) 894.7310
clehman@reichmanjorgensen.com

*Attorneys for Defendants*