AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>21-653-MFK | DATE FILED<br>5/6/2021 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| PLAINTIFF<br>10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC. | | DEFENDANT<br>NANOSTRING TECHNOLOGIES, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,472,669 | 11/12/2019 | PROGNOSYS BIOSCIENCES, INC. |
| 2 | 10,961,566 | 3/30/2021 | PROGNOSYS BIOSCIENCES, INC. |
| 3 | 10,983,113 | 4/20/2021 | PROGNOSYS BIOSCIENCES, INC. |
| 4 | 10,996,219 | 5/4/2021 | PROGNOSYS BIOSCIENCES, INC. |
| 5 | | | Additional patents included on attached page 2 |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>5/4/2022 | INCLUDED BY<br>☑ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  11,293,917 | 4/5/2022 | PROGNOSYS BIOSCIENCES, INC. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**

All claims and counterclaims in this case are hereby dismissed with prejudice and without costs pursuant to the parties stipulation at D.I. 394. Signed by Judge Matthew F. Kennelly 5/13/2025

| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK<br>CD | DATE<br>5/13/2025 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 11,001,878 | 5/11/2021 | PROGNOSYS BIOSCIENCES, INC. |
| 11,008,607 | 5/18/2021 | PROGNOSYS BIOSCIENCES, INC. |
| | | |