# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., and BRUKER CORP., <br><br> *Defendants*. | C.A. No. 21-cv-653-MFK |

## STIPULATION OF DISMISSAL

PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiffs, 10x Genomics, Inc. and Prognosys Biosciences, Inc., and the defendants, Bruker Spatial Biology, Inc., Bruker Nano, Inc., and Bruker Corp., hereby stipulate and agree to dismiss this action, including any and all claims and counterclaims asserted in this action, WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | FARNAN LLP |
| */s/ Jason J. Rawnsley* | */s/ Michael J. Farnan* |
| Frederick L. Cottrell, III (#2555) | Brian E. Farnan (Bar No. 4089) |
| Jason J. Rawnsley (#5379) | Michael J. Farnan (Bar No. 5165) |
| Alexandra M. Ewing (#6407) | 919 N. Market St., 12th Floor |
| Gabriela Z. Monasterio (#7240) | Wilmington, DE 19801 |
| 920 North King Street | (302) 777-0300 |
| Wilmington, DE 19801 | bfarnan@farnanlaw.com |
| (302) 651-7700 | mfarnan@farnanlaw.com |
| cottrell@rlf.com | |
| rawnsley@rlf.com | |
| ewing@rlf.com | |
| monasterio@rlf.com | |

*Of Counsel*:

Matthew Powers
Paul Ehrlich
Stefani Smith
William P. Nelson
Li Shen
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
(650) 802-6000

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha Jameson
Ronald J. Pabis
Kiley White
Joanna R. Schacter
Grace Gretes
TENSEGRITY LAW GROUP LLP
1676 International Drive
Suite 910
McLean, VA 22102-3848
(650) 802-6000

10x_NSTG_Service@tensegritylawgroup.com

*Attorneys for Plaintiffs*

May 13, 2025

*Of Counsel*:

Edward R. Reines
Concord Cheung
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939
ereines@jonesday.com
concordcheung@jonesday.com

Derek C. Walter
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939
dwalter@jonesday.com

Christine E. Lehman
Adam Adler
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800,
Washington, DC 20006
(202) 894-7310
Bruker-10X@reichmanjorgensen.com

Sarah Jorgensen
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
1201 West Peachtree Street, Suite 2300,
Atlanta, GA 30309
(404) 609-1040

**IT IS SO ORDERED.**

    Dated: May 13,2025

    <u>/s/ Matthew F. Kennelly</u>
    **UNITED STATES DISTRICT JUDGE**

Courtland L. Reichman
Savannah H. Carnes
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300,
Redwood Shores, CA 94065
(650) 623-1401

*Attorneys for Defendants*

2